UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Commercial Metals Company,
            Plaintiff(s),                  10 Civ. 39 (CM) (MHD)

     -against-

                                                  CALENDAR NOTICE

M/V Equinox Dawn, et al.,
            Defendant(s).
-------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled for** a :

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, July 16, 2010 at 9:30 A.M.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

     Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: February 22 , 2010
       New York, New York

                                        So Ordered

                                        _____
                                        Colleen McMahon, U.S.D.J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```